UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RUDOLPH M. BROOKS, JR. #126409,

    Plaintiff,

v.                                                 No.: 3:11-cv-530
                                                       (VARLAN/SHIRLEY)

BLOUNT COUNTY, TENNESSEE,

    Defendant.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, this action is **DISMISSED** for failure to state a claim for relief. The Court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                                 s/ Thomas A. Varlan
                                                 UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT